**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000835
20-FEB-2026
08:53 AM
Dkt. 6 OAWST**

NO. CAAP-25-0000835

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CARTER WAITE, Appellant-Appellant,
v.
MAUI COUNTY BOARD OF VARIANCES AND APPEALS; KATE BLYSTONE,
in her capacity as Director of the Department of Planning
for the County of Maui; DEPARTMENT OF PLANNING, COUNTY OF MAUI,
Appellees-Appellees.

APPEAL FROM THE BOARD OF VARIANCE AND APPEALS
COUNTY OF MAUI
(AGENCY CASE NO. BVAA 2022-00002)

ORDER APPROVING WITHDRAWAL OF APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Guidry, JJ.)

Upon consideration of the November 21, 2025 Ex Parte Motion for an Order Granting Withdrawal of Notice of Appeal to the Circuit Court of the Second Circuit, CAAP-25-0000835, Filed November 21, 2025 (**Motion**) filed by Appellant Carter Waite, the papers in support and the record, and noting no opposition,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 20, 2026.

/s/ Katherine G. Leonard
Presiding] Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge